### JOSEPHSON v. WOODS.

(Supreme Court, Appellate Term. May 23, 1905.)

APPEAL—FINDINGS OF TRIAL COURT—CONCLUSIVENESS.

The decision of the trial court on questions of fact after opportunity of seeing and hearing the witnesses will not be interfered with on appeal.

Appeal from Municipal Court, Borough of Bronx, Second District.

Action by Max D. Josephson against Albert H. Woods. From a judgment for defendant and from an order denying a motion for a new trial, plaintiff appeals. Affirmed.

Argued before SCOTT, P. J., and TRUAX and DOWLING, JJ.

Nathan Vidaver, for appellant.

Henry J. Goldsmith, for respondent.

PER CURIAM. There is absolutely no reason why this appeal should have been taken. The questions in the case were questions of fact. Those questions of fact have been determined in favor of the defendant by the court, after it had an opportunity of hearing and seeing the witnesses. We will not interfere with the decision of the trial court.

The judgment and order appealed from are affirmed, with costs.